# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAHMAL SAAID WILLIAMS,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 25-CV-2974** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 1ˢᵗ day of July 2026, upon consideration of the *Motion to Dismiss* (ECF No. 32), filed by Defendants City of Philadelphia and former Philadelphia Department of Prisons Commissioner Blanche Carney, and the Response thereto filed by Plaintiff Jahmal Saaid Williams (ECF No. 42), it is hereby **ORDERED** that:

1.      The motion to dismiss is **DENIED** for the reasons provided in the accompanying Memorandum.

2.      Defendants City of Philadelphia and former Philadelphia Department of Prisons Commissioner Blanche Carney shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4) by July 15, 2026.

                    BY THE COURT:


                    /s/ *Nitza I. Quiñones Alejandro*
                    **NITZA I. QUIÑONES ALEJANDRO**
                    *Judge, United States District Court*